FILED
JAN 23 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 13-30013-DRH |
| Plaintiff, ) | |
| vs. ) | Title 18, United States Code, Section 641 |
| DOUGLAS BUCKMAN ) | |
| Defendant. ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

### (Theft of Government Property)

Beginning in or around January, 2009, and continuing until in or around June, 2011, in Bond County, Illinois, within the Southern District of Illinois,

**DOUGLAS BUCKMAN**

defendant herein, willfully and knowingly did steal and purloin money of the Social Security Administration ("SSA"), an agency of the United States, namely, Title XVI Supplemental Security Income received by defendant while incarcerated which defendant knew he was not entitled, having a value of approximately $20,220.00; all in violation of Title 18, United States Code, Section 641.

**A TRUE BILL**



FOREPERSON

RANLEY R. KILLIAN
Assistant United States Attorney


STEPHEN R. WIGGINTON
United States Attorney
Southern District of Illinois


Bond Recommendation: $10,000 unsecured