IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

DOUGLAS BUCKMAN,

Defendant.                                           No. 13-cr-30013-DRH

ORDER

HERNDON, Chief Judge:

This matter was referred to United States Magistrate Judge Clifford J. Proud for the specific purpose of conducting a change of plea for defendant Douglas Buckman, pursuant to 28 U.S.C. § 636, LOCAL RULE 72.1(b)(2) and defendant Buckman (Doc. 24). Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearing was held on May 13, 2013 (Doc. 23). During the change of plea, defendant Buckman pled guilty to Count 1 of the Indictment, theft of government property, following a thorough colloquy with Judge Proud. Thereafter, Judge Proud issued a Report and Recommendation ("the Report") recommending that the Court accept defendant Buckman's plea of guilty (Doc. 22).

In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an objection. Therefore, the Court **ADOPTS** the Report in its entirety. Thus, based on the record in the case, the recommendation of the

Magistrate Judge, the consent of the defendant to plead before the magistrate without subsequent objection, it is the finding of the Court in the case of *United States v. Douglas Buckman*, that defendant Buckman was fully competent and capable of entering an informed plea, that defendant Buckman was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.  Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** defendant Douglas Buckman **GUILTY** on the charge in the Indictment.  The Court **REMINDS** the parties that this matter is set for sentencing on August 30, 2013, at 11:00 a.m.

**IT IS SO ORDERED.**

Signed this 3rd day of June, 2013.

Digitally signed by
David R. Herndon
Date: 2013.06.03
16:05:24 -05'00'

**Chief Judge**
**United States District Court**